**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

    - v -

YAROSLAV DONCHENKO,

           Defendant.

- - - - - - - - - - - - - - - - x

NOTICE OF INTENT TO
FILE AN INFORMATION

Batts, J.

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
       July 15, 2008

**08 CRIM 718**

MICHAEL J. GARCIA
United States Attorney

By: _____
SEETHA RAMACHANDRAN
Assistant United States Attorney

AGREED AND CONSENTED TO:

By: _____
GARY GREENWALD, ESQ.
Attorney for YAROSLAV DONCHENKO

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

7/18/08 WHEEL A