JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA

v.

YAROSLAV DONCHENKO,

         Defendant.

------------------------------------X

08 CRIM 718

08 Cr. ___ (DAB)

      The above-named defendant, who is accused of violating Title 18, United States Code, Sections 371, 1956(h), 1343, 1957, and 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 04 2008

_____
Yaroslav Donchenko
Defendant

_____
Witness

_____
Benjamin Greenwald, Esq.
Counsel for Defendant

Date:   New York, New York
         August 4, 2008

0202