**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
UNITED STATES OF AMERICA
         against
_Yaroslav Ponchenko_____

(Alias)_____

_____
                    Please PRINT Clearly
```

**08 CRIM 718**
08 CR

DOCKET NO. ASSIGNED
JUDGE OR MAGISTRATE JUDGE

**NOTICE OF APPEARANCE**

TO: JAMES M. PARKISON, CLERK

SIR: YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS (Please check one)

   1. [ ] CJA    2. [✓] RETAINED    3. [ ] PUBLIC DEFENDER (Legal Aid)

ADMITTED TO PRACTICE IN THIS COURT [ ] NO   [✓] YES - IF YES GIVE YOUR DATE OF
                                                     ADMISSION. MO. _Jan_   YR. _01_

I DO HEREBY CERTIFY THAT I HAVE FILED OR WILL FILE A CERTIFICATE OF GOOD STANDING FROM THE _____ STATE COURT, PURSUANT TO CRIMINAL RULE 1 OF THE LOCAL RULES FOR THE SOUTHERN AND EASTERN DISTRICTS OF NEW YORK.

DATED: NEW YORK, NEW YORK
       8/4/08   [ELECTRONICALLY FILED]

SIGNATURE _Benjamin Greenwald_
PRINT THE FOLLOWING INFORMATION CLEARLY
_Benjamin Greenwald_
Attorney for Defendant
_Greenwald Law Office_
Firm name if any
_99 Brookside Ave_
Street address
_Chester_        _NY_          _10918_
City             State         Zip
_845-469-4900_
Telephone No

NOTE: PLEASE COMPLETE THIS NOTICE OF APPEARANCE AND SUBMIT TO THE CLERK.
SNY CR. FORM REV. 0186